DAVID R. FISCHER, ESQ.
Nevada Bar No. 10348
LAW OFFICE OF DAVID R. FISCHER
400 South 4th Street, Suite 500
Las Vegas, Nevada 89101
Telephone: (702) 547-3944
Facsimile: (702) 974-1458
Email: federal@fischerlawlv.com
*Attorney for Defendant* COREY SANDERS

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>COREY SANDERS,<br><br>               Defendant. | Case No.: 2:21-cr-00288-JAD-BNW<br><br>**UNOPPOSED MOTION FOR THE PREPARATION OF PRE-PLEA PRESENTENCE REPORT (PSR)** |

Comes now, Defendant, COREY SANDERS, by and through his counsel of record, DAVID R. FISCHER, ESQ., and files this Motion for the Preparation of Pre-Plea Presentence Report (PSR). This pleading is based upon the attached Memorandum of Points and Authorities and of all the papers and pleadings on file herein.

DATED this 9th day of March, 2022

                                                */s/ David R Fischer*
                                          DAVID R. FISCHER, ESQ.
                                          Attorney for Defendant SANDERS

**POINTS AND AUTHORITIES**

On November 2, 2021, COREY SANDERS was charged in a Criminal Indictment in violation of 21 USC 841(a)(1), 841(b)(1)(B)(viii),– Distribution of a Controlled Substance - Methamphetamine (Counts 1, 2, & 3); and 922(g)(1) and 924(a)(2) Felon in Possession of a Firearm (Count 4).

On November 17, 20201, COREY SANDERS made his initial appearance and entered his plea of not guilty to the charges of the indictment. The parties are in the process of attempting to negotiate this case. Based on the undersigned's review of COREY SANDERS criminal history, there is a concern that he may subject to a higher base offense level, which would cause him to face a significant amount of custodial time. Undersigned counsel has communicated with Assistant United States Attorney Edward G. Veronda, Esq., and he does not oppose this request for a Pre-Plea Presentence Investigation Report.

To satisfy COREY SANDERS concerns and to assure that he has the information he needs to make a truly knowing and intelligent decision about how to proceed with his case, he has requested that a Pre-Plea Presentence Investigation Report be completed to determine if his prior conviction(s) will increase his sentencing guidelines exposure.

/ / /

/ / /

/ / /

## CONCLUSION

Therefore, the undersigned respectfully request that this Honorable Court enter an Order that the United States Department of Probation prepare a Pre-Plea Presentence Investigation Report to determine COREY SANDERS criminal history.

DATED this 9th of March, 2022.

LAW OFFICE OF DAVID R. FISCHER

*/s/ David R Fischer*
DAVID R. FISCHER, ESQ.
Attorney for Defendant SANDERS

### ORDER
**IT IS SO ORDERED**

**DATED:** 11:15 am, March 10, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

**CERTIFICATE OF ELECTRONIC SERVICE**

I HEREBY CERTIFY that I am an employee or agent of the LAW OFFICE OF DAVID R. FISCHER and am a person of such age and discretion as to be competent to serve papers.

That on the 9th day of March, 2022, I served an electronic copy of the above and foregoing **UNOPPOSED MOTION FOR THE PREARATION OF THE PRE-PLEA PRESENTENCE REPORT (PSR)** by U.S. District Court CM/EFC Electronic Filing to all counsel of record herein.

                                                                      /s/ David R Fischer
                                                                      DAVID R. FISCHER