**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       v.<br><br>COREY SANDERS,<br><br>              Defendant. | 2:21-CR-288-JAD-BNW<br><br>**Final Order of Forfeiture** |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture under Fed. R. Crim. P. 32.2(b)(1) and (b)(2) and 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c) based upon the plea of guilty by Corey Sanders to the criminal offenses, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Information and shown by the United States to have the requisite nexus to the offenses to which Corey Sanders pled guilty. Criminal Information, ECF No. 39; Plea Agreement, ECF No. 41; Preliminary Order of Forfeiture, ECF No. 42; Change of Plea, ECF No. 43.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from April 5, 2023, through May 4, 2023, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication Exhibits, ECF No. 44-1, p. 5.

This Court finds the United States notified known third parties by regular mail and certified mail return receipt requested of their right to petition the Court. Notice of Filing Service of Process – Mailing, ECF No. 46.

On April 19, 2023, the United States Attorney's Office attempted to serve Matthew Evan Barnes at Upland Ln. with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. The regular mail and certified mail were returned as not deliverable as addressed and unable to forward. Notice of Filing Service of Process – Mailing, ECF No. 46-1, p. 3-16.

On April 19, 2023, the United States Attorney's Office served and attempted to serve Matthew Barnes at Starr Avenue with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. The certified mail was returned as attempted – not known and unable to forward. The regular mail was not returned. Notice of Filing Service of Process – Mailing, ECF No. 46-1, p. 3-12, 17-19.

On May 10, 2023, the United States Attorney's Office attempted to serve Matthew Barnes at Rafael Rivera Way with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. The regular mail and certified mail were returned as not deliverable as addressed, attempted – not known, and unable to forward. Notice of Filing Service of Process – Mailing, ECF No. 46-1, p. 3-12, 20-23.

On April 19, 2023, the United States Attorney's Office attempted to serve Terrence McCullough at Smoke Ranch Road with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. The regular mail and certified mail were returned as not deliverable as addressed and attempted not known. Notice of Filing Service of Process – Mailing, ECF No. 46-1, p. 3-12, 24-26.

On April 19, 2023, the United States Attorney's Office served Terrence McCullough at El Parque Avenue with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 46-1, p. 3-12, 27-29.

On April 19, 2023, the United States Attorney's Office served and attempted to serve Terrence McCullough at Lindell Road with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. The certified

2

mail was returned as unclaimed and unable to forward. The regular mail was not returned. Notice of Filing Service of Process – Mailing, ECF No. 46-1, p. 4-12, 30-32.

On April 19, 2023, the United States Attorney's Office attempted to serve William Keith Brown at 12th Street with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. The regular mail and certified mail were returned as not deliverable as addressed and unable to forward. Notice of Filing Service of Process – Mailing, ECF No. 46-1, p. 4-12, 33-35.

On May 10, 2023, the United States Attorney's Office attempted to serve William Keith Brown at Pleasant View Road with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. The regular mail and certified mail were returned as moved left no address and unable to forward. Notice of Filing Service of Process – Mailing, ECF No. 46-1, p. 4-12, 36-38.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending regarding the property named herein and the time has expired for presenting such petitions.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States under Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law:

1. a Benelli Nova Pump Shotgun, chambered in 12 gauge, bearing serial number Z209675;
2. a Ruger SP101, .357 Magnum Revolver, bearing serial number 573-89712;
3. a Glock 29, 10mm caliber, bearing serial number BSRR420;
4. Ten 12 Gauge Shotgun Shells; and
5. any and all compatible ammunition

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the forfeited property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED: July 18, 2023.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE